# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LARRY CHARLES CLEVELAND,

    Petitioner

    v.

WARDEN,

    Respondent.

Case No. 2:19-cv-09730-DSF (GJS)

**JUDGMENT**

Pursuant to the Court's Order: Summarily Denying and Dismissing Petition; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: December 20, 2019

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE